**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-2227

JAMES RIFFIN,

Plaintiff - Appellant,

versus

ADAM D. SNYDER; MICHAEL V. FORLINI; C. ROBERT
LOSKOT; PAUL M. MAYHEW,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Richard D. Bennett, District Judge.  (CA-
04-2964-RDB)

Submitted:  February 9, 2005          Decided:  February 14, 2005

Before WILKINSON, MICHAEL, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James Riffin, Appellant Pro Se.  Mary Rosewin Sweeney, OFFICE OF
THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland; John Edward
Beverungen, COUNTY ATTORNEY'S OFFICE, Towson, Maryland, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James Riffin appeals the district court's order dismissing his civil action for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Riffin v. Snyder, No. CA-04-2964-RDB (D. Md. Sept. 17, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED